UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TRACEY OLIVIA LINDSEY,**

    **Plaintiff,**

                                  Case No.: 2:18-cv-18
    v.                        JUDGE EDMUND A. SARGUS, JR.
                                  Magistrate Judge Chelsey M. Vascura

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

The matter before the Court is Plaintiff Tracey Olivia Lindsey's ("Plaintiff") Motion for Attorney's fees (ECF No. 19.)  Defendant does not object to the motion.  The motion (ECF No. 19) is hereby **GRANTED**.  Plaintiff is awarded the sum of $16,090.75.  The award of attorney fees satisfies all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412.  The Court orders that the fee award is payable to Plaintiff.

    **IT IS SO ORDERED.**


**7/10/2020**                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                        **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**